1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10  DANA BOULWARE,                                    Case No. 1:14-cv-00654-SKO (PC)

11              Plaintiff,                            ORDER DISMISSING ACTION, WITHOUT
                                                      PREJUDICE, FOR FAILURE TO STATE
12       v.                                           A CLAIM UPON WHICH RELIEF MAY
                                                      BE GRANTED UNDER SECTION 1983
13  AUDREY KING, et al.,
                                                      (Docs. 1 and 7)
14              Defendants.

15  _____/

16          Plaintiff Dana Boulware, a civil detainee proceeding pro se and in forma pauperis, filed

17  this civil rights action pursuant to 42 U.S.C. § 1983 on May 2, 2014.  On November 7, 2014, the

18  Court dismissed Plaintiff's complaint for failure to state a claim under section 1983 and ordered

19  Plaintiff to file an amended complaint within thirty days. 28 U.S.C. § 1915(e).  To date, Plaintiff

20  has not complied with or otherwise responded to the Court's order.  As a result, there is no

21  pleading on file which sets forth any claims upon which relief may be granted.  Accordingly,

22  pursuant to 28 U.S.C. § 1915(e), this action is HEREBY DISMISSED, without prejudice, based

23  on Plaintiff's failure to state a claim upon which relief may be granted under section 1983.[1]

    IT IS SO ORDERED.
24

25      Dated:   __December 17, 2014__        _____/s/ Sheila K. Oberto_____
                                              UNITED STATES MAGISTRATE JUDGE
26

27

28
_____
[1] Dismissal without prejudice is appropriate in as much as it appears Plaintiff may be challenging the fact and/or
duration of his civil detention.  *Huftile v. Miccio-Fonseca*, 410 F.3d 1136, 1139-40 (9th Cir. 2010).